Friday,
January 14,
1859.

THE STATE v. STEVENS.

APPEAL from the *Kosciusko* Circuit Court.

*Per Curiam.*—This was a prosecution for malicious trespass, commenced in the Common Pleas Court. Trial and conviction. Appeal to the Circuit Court.

The prosecution was begun in *January*, 1853; the appeal taken in *May*, 1853; and the cause dismissed in *September*, 1853, by the Circuit Court. It appears, by a bill of exceptions, that at the latter date the prosecuting attorney moved to dismiss the appeal, which motion the Circuit Court overruled, and, upon the prosecutor's refusal to try the case in any other manner than as upon error, on motion of defendant, dismissed the case.

The appeal should have been dismissed. *Langdon* v. *Applegate*, 5 Ind. R. 328.—*Kennon* v. *Shull*, 9 *id.* 154.

The judgment is reversed, &c.

*J. L. Worden*, for the state.

*J. S. Frazer*, for the appellee.